

FILED

JUN 05 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SUPERSEDING INDICTMENT |
| Plaintiff, | ) | |
| | ) | JUDGE JAMES G. CARR |
| v. | ) | CASE NO. 3:24-CR-00081 |
| | ) | Title 18, United States Code, |
| JOSIAH SHETZER, | ) | Sections 922(a)(1)(A), 922(a)(6), |
| JASON STALLARD, | ) | 922(g)(3), 923(a), 924(a)(1)(D), |
| JAKODA SHETZER, | ) | (a)(8), 932(b)(1), (c)(1), and 2 |
| Defendants. | | |

COUNT 1
(Dealing in Firearms without a License, 18 U.S.C. §§ 922(a)(1)(A), 923(a), 924(a)(1)(D), and 2)

The Grand Jury charges:

1. From on or about April 3, 2021 to on or about January 9, 2024, in the Northern District of Ohio, Western Division, Defendant JASON STALLARD, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D), and 2.

COUNT 2
(Dealing in Firearms without a License, 18 U.S.C. §§ 922(a)(1)(A), 923(a), 924(a)(1)(D), and 2)

The Grand Jury further charges:

2. From on or about March 1, 2023 to on or about November 22, 2023, in the Northern District of Ohio, Western Division, Defendant JOSIAH SHETZER, not being a



ORIGINAL

licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D), and 2.

## COUNT 3
(Straw Purchase, 18 U.S.C. §§ 932(b)(1) and (c)(1))

The Grand Jury further charges:

3. From on or about August 28, 2022 to on or about January 7, 2023, in the Northern District of Ohio, Western Division, Defendant JAKODA SHETZER, knowingly purchased firearms, to wit: Taurus, Model PT111 G2 A, serial number ADA900846 and Glock, Model 23, serial number BSYK771, for, on behalf of, and at the request or demand of Josiah Shetzer, knowing and having reasonable cause to believe that such person is a prohibited person as defined by Title 18, United States Code, Section 922(d)(3), said firearms having been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 932(b)(1) and (c)(1).

## COUNT 4
(False Statement in Connection with the Purchase of a Firearm, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury further charges:

4. On or about July 8, 2022, in the Northern District of Ohio, Western Division, Defendant JOSIAH SHETZER, in connection with the attempted acquisition of a firearm, to wit: a Hi Point, Model 595TS, .45 caliber rifle, serial number R113777, from Rural King, 1800 E. State Street, Fremont, Ohio, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement, which was intended to deceive the firearms dealer, as to a fact material to the lawfulness of such sale of said firearm to Defendant under Chapter 44 of Title 18, in that Defendant did execute a Department

of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that he was not addicted to or an unlawful user of a controlled substance, that being marijuana, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 5
(False Statement in Connection with the Purchase of a Firearm, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury further charges:

5. On or about September 4, 2022, in the Northern District of Ohio, Western Division, Defendant JOSIAH SHETZER, in connection with the attempted acquisition of a firearm, to wit: a Radical Firearms, model RF-15, serial number 2-026248, from Rural King, 1800 E. State Street, Fremont, Ohio, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement, which was intended to deceive the firearms dealer, as to a fact material to the lawfulness of such sale of said firearm to Defendant under Chapter 44 of Title 18, in that Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that he was not addicted to or an unlawful user of a controlled substance, that being marijuana, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 6
(Disposal of a Firearm to an Addict or Unlawful User of a Controlled Substance, 18 U.S.C. §§ 922(d)(3) and 924(a)(8))

The Grand Jury further charges:

6. From on or about March 11, 2022 to on or about November 22, 2023, in the Northern District of Ohio, Western Division, Defendant JAKODA SHETZER, knowing or

3

having reasonable cause to believe another was addicted to, or an unlawful user of, a controlled substance, that being, marijuana, knowingly disposed of firearms, to wit: Glock, model 23, serial number BSYk771, Strassell's Mach Inc., model C9, serial number P10159459, SCCY Industries, model CPX-2, serial number C321797, Taurus, model PT111 G2 A, serial number ADA900846, and a Taurus, model G3, serial number ADJ742742, to the other person, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(d)(3) and 924(a)(8).

COUNT 7
(Possession of a Firearm by an Addict or Unlawful User of a Controlled Substance, 18 U.S.C. §§ 922(g)(3) and 924(a)(8))

The Grand Jury further charges:

7.   On or about November 22, 2023, in the Northern District of Ohio, Western Division, Defendant JOSIAH SHETZER, knowing he was addicted to, or an unlawful user of, a controlled substance, that being, marijuana, knowingly possessed in and affecting interstate commerce firearms, to wit: Radical Firearms, model RF-15, multicaliber, bearing serial number 2-026248, Taurus, model G3C, bearing serial number ACE911925, Westernfield, model M175B, 20 gauge shotgun, bearing serial number 401927, Mini Draco, 7.62x39mm, bearing serial number ROA 21 PF-7363, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

8.   The allegations of Counts 1 through 7 are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the

foregoing offenses, Defendants JOSIAH SHETZER, JAKODA SHETZER and JASON STALLARD shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violations charged in Counts 1 through 7.

                                                   A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.